Stephen J. BECKER, Appellant

v.

Sheila N. PARHAM, et al., Appellees.

No. 13–7040.

United States Court of Appeals, District of Columbia Circuit.

Aug. 13, 2013.

Stephen J. Becker, Baltimore, MD, pro se.

BEFORE: ROGERS, BROWN, and KAVANAUGH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's dismissal order filed February 5, 2013 be affirmed. *See, e.g., Lance v. Dennis,* 546 U.S. 459, 463, 126 S.Ct. 1198, 163 L.Ed.2d 1059 (2006) (per curiam) ("[U]nder what has come to be known as

the *Rooker–Feldman* doctrine, lower federal courts are precluded from exercising appellate jurisdiction over final state-court judgments."); *Stump v. Sparkman,* 435 U.S. 349, 355–56, 98 S.Ct. 1099, 55 L.Ed.2d 331 (1978) (explaining that judges enjoy immunity for judicial acts).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.